# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL ADAHI,         :

            :

       **Petitioner,**       :

            :

      **v.**            :       **Civil Action No. 05-280 (GK)**

            :

**BARACK OBAMA,** *et al.,*       :

            :

       **Respondents.**      :

## ORDER

Petitioner Mohammed Al Adahi will be testifying from Guantanamo Bay on Tuesday, June 23, 2009, at the hearing on parties' cross-motions for judgment on the record. His counsel have requested that the courtroom be opened to the public and press. Petitioner will not be giving any classified testimony on direct or re-direct because he has access to none, and the Government will not be able to cross-examine him on any classified testimony. Therefore, the Court sees no reason to deny the public and the press the opportunity to observe his testimony. Finally, in the unlikely event that any problem should arise with his testimony, the Court will be able to instantly stop the testimony and turn off the video-conferencing machinery while any issues in dispute are resolved.

**WHEREFORE**, it is this 18th day of June, 2009, hereby

**ORDERED**, that Petitioner Al Adahi's testimony be presented in a courtroom open to the public and press.

                               /s/_____
                               Gladys Kessler
                               United States District Judge

**Copies via ECF to all counsel of record**